**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 11, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00567-CV

---

## CRESCENT CITY FACILITIES MAINTENANCE LLC, Appellant

### V.

## JAMES W. TURNER CONSTRUCTION LTD., Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2020-07452**

## MEMORANDUM OPINION

This is an appeal from an order signed July 31, 2020. On August 2, 2022, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal and order the clerk of this court to immediately issue the mandate per the request of the parties.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.